Frank L. Myers, Respondent, v. Hattie Burge Brick, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Edward Heilig, Respondent, v. William J. Burns, Appellant, Impleaded, etc. — Motion to amend decision denied, with ten dollars costs.

Russell P. Yates, Respondent, v. Frances Yates, Appellant.— Motion to dismiss appeal denied, without costs. The appeal may be argued in this court on the papers already printed upon appellant's presenting to the court typewritten copy of the case and exceptions, the judgment roll and the order granting temporary alimony. Appeal to be argued on third Friday of present term of court.

Joseph Altman, Appellant, v. Pennsylvania Fire Insurance Company of Philadelphia, Respondent.— Order reversed, with ten dollars costs, and motion denied, without costs, in accordance with the stipulation of the parties hereto.

Joseph Altman, Appellant, v. The German Fire Insurance Company of Baltimore, Respondent.— Order reversed, with ten dollars costs, and motion denied, without costs, in accordance with the stipulation of the parties hereto.

Joseph Altman, Appellant, v. The Farmers' Fire Insurance Company of York, Pennsylvania, Respondent.— Order reversed, with ten dollars costs, and motion denied, without costs, in accordance with the stipulation of the parties hereto.

Joseph Altman, Appellant, v. The American Fire Insurance Company of Philadelphia, Respondent.— Order reversed, with ten dollars costs, and motion denied, without costs, in accordance with the stipulation of the parties hereto.

Warren S. H. Wright, Respondent, v. The Rochester Printing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Williams, J., who dissented.

In the Matter of the Election of Directors of The Silent Writing Machine Company. John MacKay, Appellant; W. Caryl Ely and Others, Respondents. Order affirmed, with costs. All concurred.

Ernest Woods, Appellant, v. Benn Conger and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Nora Howard, Respondent, v. Mary Beedle and John Howard, Appellants, Impleaded with Oswego County Savings Bank.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York, Respondent, v. Ray Huff, Appellant. — Judgment affirmed, with costs. All concurred.

James B. Wise, Appellant, v. The Village of Dolgeville, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Williams, J., who dissented.

Agnes Eagen, as Administratrix, etc., of George Eagen, Deceased, Respondent, v. Buffalo Union Terminal Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented.

Franklin T. Hammond, as Receiver of the Atlas Mutual Insurance Company-Respondent, v. International Railway Company and Others, Appellants.— Judgment affirmed, with costs. All concurred; Spring, J., not sitting.

Alfonzo Rosati, as Administrator, etc., of Donato Rosati, Deceased, Respondent, v. United States Gypsum Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented.